```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DEMARK DIXON,

                        Plaintiff,

           -against-                          06 Civ. 6069 (LAK)

THE ADMINISTRATIVE APPEAL DEPARTMENT
OFFICE OF INFORMATION AND PRIVACY, et al.,

                        Defendants.
------------------------------------x
```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

### ORDER

LEWIS A. KAPLAN, *District Judge.*

The Court hereby adopts the report and recommendation of Magistrate Judge Dolinger, dated December 28, 2007, to which no objection has been filed. The action is dismissed with prejudice.

SO ORDERED.

Dated: January 22, 2008

Lewis A. Kaplan
United States District Judge

Copies mailed 1/22/08
Chambers of Judge Kaplan